IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 98-10287
Summary Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JOHNNY JAMES JORDAN ,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 1:94-CR-10-2

_____

October 14, 1998

Before POLITZ, Chief Judge, HIGGINBOTHAM and SMITH, Circuit Judges.

PER CURIAM:[*]

Johnny James Jordan, a federal prisoner, appeals the district court's denial

of his motion for a new Judgment and Commitment Order reflecting his subsequent

legal name change. For religious reasons, after his incarceration, Jordan changed

_____

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be
published and is not precedent except under the limited circumstances set forth in 5TH CIR. R.
47.5.4.

his name to Oran Abdur Rahim.  We perceive no reversible error in the trial court's denial of Jordan's motion.[1]  Accordingly, the judgment appealed is AFFIRMED.

---

[1]**Matthews v. Morales**, 23 F.3d 118 (5th Cir. 1994); **Felix v. Rolan**, 833 F.2d 817 (5th Cir. 1987).